April 19, 1979.

M. P. No. 78-298. RAYMOND CONSTRUCTION CO., INC., RAYMOND DeLEO *v.* MONOPEARL, INC., *et al.* The petition for writ of certiorari is denied. *Gerard McGovern DeCelles,* for petitioners. *Adler Pollock & Sheehan Incorporated, Peter Lawson Kennedy,* for respondents.